Name and address:

Daniel Melo
The Melo Law Firm, PLLC
2920 Forestville Rd, STE 100, PMB 1192
Raleigh, NC 27616

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NEW LABOR,
RESISTENCIA EN ACCIÓN,
DEPORTATION AND IMMIGRATION RESPONSE EQUIPO SUPPORT SERVICES, and
NATIONAL DAY LABORER ORGANIZING NETWORK

Plaintiff(s),

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
U.S. CUSTOMS AND BORDER PROTECTION, and
U.S. DEPARTMENT OF HOMELAND SECURITY

Defendant(s),

CASE NUMBER

2:26-cv-8904

**APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $450 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Melo, Daniel J.

*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

The Melo Law Firm, PLLC

*Firm/Agency Name*

2920 Forestville Road, STE 100, PMB 1192          (919) 348-9213

*Street Address*                          *Telephone Number*          *Fax Number*

Raleigh, NC 27616                          dan@themelolawfirm.com

*City, State, Zip Code*                          *E-mail Address*

**I have been retained to represent the following parties:**

New Labor, Resistencia En Acción, Deportation and Immigration Response Equipo Support Services, National Day Laborer Organizing Network

■ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

■ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See attached list. | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  8/10/26

Daniel Melo
*Applicant's Name (please type or print)*

/s/ Daniel Melo
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Bansal, Jessica K.

*Designee's Name (Last Name, First Name & Middle Initial)*

National Day Laborer Organizing Network

*Firm/Agency Name*

1030 S. Arroyo Parkway, Suite 106

626-214-5689

*Telephone Number*                    *Fax Number*

Jessica@ndlon.rog

*Street Address*

*Email Address*

Pasadena, CA 91105

277347

*City, State, Zip Code*

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated _____

_____

*Designee's Name (please type or print)*

_____

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Daniel Melo Court Admissions

| Name of Court | Date of Admission | Active in Good Standing |
|---|---|---|
| Supreme Court of North Carolina | 3/15/2015 | Yes |
| Eastern District of North Carolina | 6/16/2022 | Yes |
| Middle District of North Carolina | 11/01/2022 | Yes |
| Western District of North Carolina | 8/27/2025 | Yes |
| Western District of Pennsylvania | 8/23/2023 | Yes |
| District Court for the D.C. | 10/17/2025 | Yes |
| Northern District of Illinois | 03/02/2026 | Yes |
| District Court of Colorado | 06/10/2026 | Yes |
| Court of Appeals Fourth Circuit | 03/27/2023 | Yes |
| Court of Appeals Eleventh Circuit | 07/12/2023 | Yes |
| Court of Appeals Third Circuit | 10/17/2023 | Yes |



NORTH CAROLINA
STATE BAR

# Certificate of Good Standing

I, Peter G. Bolac, Secretary of the North Carolina State Bar, do hereby certify that

## Daniel Joseph Melo
Bar # 48654

was licensed to practice law by the State of North Carolina on March 27, 2015.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to

practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 27th of July, 2026.

Secretary of the North Carolina State Bar

