**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NATIONAL DAY LABORER ORGANIZING NETWORK, NEW LABOR, RESISTENCIA EN ACCIÓN, AMERICAN FRIENDS SERVICE COMMITTEE, and DEPORTATION AND IMMIGRATION RESPONSE EQUIPO SUPPORT SERVICES

*Plaintiffs*,

v.

UNITED STATES CUSMTOMS AND BORDER PROTECTION, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Defendants*.

Civil Action No.: 2:26-cv-8904

**Notice of Filing Corrected Pro Hac Vice Application of Jia Fu**

Pursuant to the Notice of Deficiencies, Dkt. 12, Plaintiffs National Day Laborer Organizing Network, New Labor, Resistencia en Acción, American Friends Service Committee, and Deportation and Immigration Response Equipo Support Services respectfully provide a corrected Pro Hac Vice Application of Jia Fu, attached hereto as Exhibit A.

Dated: August 21, 2026

Respectfully Submitted,

By: /s/ Jessica Karp Bansal

NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105

Tel: 626-214-5689
jessica@ndlon.org

Emily Burns
THE MELO LAW FIRM, PLLC
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
emily@themelolawfirm.com
*Admitted Pro Hac Vice*