AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

NATIONAL DAY LABORER ORGANIZING NETWORK, NEW LABOR, RESISTENCIA EN ACCIÓN, AMERICAN FRIENDS SERVICE COMMITTEE, and DEPORTATION AND IMMIGRATION RESPONSE EQUIPO SUPPORT SERVICES

*Plaintiff(s)*

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Defendant(s)*

Civil Action No. 2:26-cv-8904 WLH-RAOx

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Immigration and Customs Enforcement
Office of Principal Legal Advisor
500 12th St. SW
Mail Stop 5900
Washington, D.C. 20536-5900

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Melo
The Melo Law Firm, PLLC
2920 Forestville Road
Ste 100, PMB 1192 Raleigh, NC 27616

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 21, 2026

/s/ E. Synagogue

*Signature of Clerk or Deputy Clerk*